AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 NOV 29 PM 2:10
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
U.S. Postal Service Priority Mail Express parcel EJ )    Case No.    2:21-mj-751
739 369 921 US addressed to "Alexis Amaro Rosa, )
104 Derrer Meadow Lane, Columbus, OH 43204" )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Southern    District of    Ohio
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    December 7, 2021    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Elizabeth Preston Deavers, Chief U.S. Magistrate Judge
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    11/23/2021 at 4:13 pm      *Elizabeth A. Preston Deavers*
                                                                               *Judge's signature*

City and state:    Columbus, OH            Elizabeth A. Preston Deavers, Chief U.S. Magistrate Judge
                                                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:21-mj-751 | Date and time warrant executed: November 23, 2021 - 4:14PM | Copy of warrant and inventory left with: NA - Parcel Search Warrant |
| Inventory made in the presence of : DEA TFO Chris Farrington & DEA TFO Ryan Elsey | | |
| Inventory of the property taken and name(s) of any person(s) seized: Upon search, the package contained a karaoke speaker. The speaker was opened and found to contain two individual brick like items wrapped in clear saran wrap. Each brick was suspected of containing cocaine and weighed approximately 2377 grams, approximately 5.24 pounds. | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11.29.2021

*Dominic Francis*
Executing officer's signature

Dominic Francis - USPS OIG - Special Agent
Printed name and title

Attachment A

U.S. Postal Service Priority Mail Express parcel EJ 739 369 921 US addressed to "Alexis Amaro Rosa, 104 Derrer Meadow Lane, Columbus, OH 43204"

Attachment B

1.) Any controlled substances which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.
2.) United States currency and/or drug proceeds